UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Kevin Spross, | : |
| | : |
| | : Civil Action No.: 5:20-cv-00084-JKP-RBF |
| Plaintiff, | : |
| v. | : |
| | : |
| Ally Financial, Inc., | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Kevin Spross | Ally Financial, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Ethan Ostroff |
| Sergei Lemberg, Esq. | Ethan Ostroff, Esq. |
| LEMBERG LAW, L.L.C. | TROUTMAN SANDERS LLP |
| 43 Danbury Road, 3rd Floor | 222 Central Park Avenue, Suite 2000 |
| Wilton, CT 06897 | Virginia Beach, VA 23462 |
| Telephone: (203) 653-2250 | Telephone: (757) 687-7541 |
| Facsimile:  (203) 653-3424 | ethan.ostroff@troutman.com |
| slemberg@lemberglaw.com | Attorney for Defendant |
| Attorney for Plaintiff | |

SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 1, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Sergei Lemberg
                  Sergei Lemberg