UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

KEVIN SPROSS,

        Plaintiff,

v.                                   Case No. 5:20-CV-0084-JKP-RBF

ALLY FINANCIAL, INC.,

        Defendant.

### ORDER OF DISMISSAL

Based upon the *Stipulation of Dismissal* (ECF No. 14) and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED** without prejudice and without costs to any party. **The Clerk of Court is directed to close this case.**

SIGNED this 2nd day of June 2020.

*/s/ Jason Pulliam*
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**